UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| KEVIN FORTIER, individually on behalf of himself, and on behalf of all others similarly situated, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br><br> LIBERTY UNIVERSITY, INC., <br><br> Defendant. | **Civil Action No. 6:23-cv-69** |

## JOINT MOTION TO APPROVE SETTLEMENT

Plaintiff Kevin Fortier and Defendant Liberty University, Inc. (collectively the "Parties"), by their respective counsel, respectfully move this Court to approve their settlement in this matter for the reasons more fully set forth in the accompanying memorandum of law.

### CONCLUSION

Wherefore the parties request that the Court approve the settlement and enter the Proposed Order provided as an attachment to this Motion.

Respectfully submitted,

By: /s/_____
Brittany M. Haddox (VSB No. 86416)
L. Leigh Rhoads (VSB No. 73355)
VIRGINIA EMPLOYMENT LAW
4227 Colonial Avenue
Roanoke, VA 24018
Tel: (540) 283-0802
brittany@vaemployment.law
leigh@vaemployment.law

Craig J. Curwood (VSB No. 43975)

By: /s/_____
King F. Tower, Esq. (VSB No. 38767)
WOODS ROGERS VANDEVENTER BLACK
king.tower@woodsrogers.com
10 South Jefferson Street, Suite 1800
Roanoke, Virginia 24011
Telephone: (540) 983-7541
Facsimile: Main (540) 983-7711

Leah M. Stiegler, Esq. (VSB No. 89602)
leah.stiegler@woodsrogers.com

| | |
|---|---|
| Zev H. Antell (VSB No. 74634) | Emily K. Chowhan (VSB No. 95845) |
| BUTLER CURWOOD, PLC | emily.kendallchowhan@woodsrogers.com |
| 140 Virginia Street, Suite 302 | 901 East Byrd Street, Suite 1550 |
| Richmond, Virginia 23219 | Richmond, Virginia 23219 |
| Tel: (804) 648-4848 | Telephone: (804) 956-2058 |
| craig@butlercurwood.com | Facsimile: (804) 944-2561 |
| zev@butlercurwood.com | |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I certify that, on June 18, 2024, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing (NEF) to counsel of record.

                                                             */s/ Brittany M. Haddox*
                                                           Brittany M. Haddox