UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| KEVIN FORTIER, individually on behalf of himself, and on behalf of all others similarly situated, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY UNIVERSITY, INC.,<br><br>Defendant. | Civil Action No. 6:23-cv-69 |

## CONSENT ORDER

Plaintiff Kevin Fortier and Defendant Liberty University, Inc. (collectively the "Parties"), by their respective counsel, hereby consent to the entry of this order. Having reviewed the Joint Motion in Support of Settlement Approval (the "Motion"), and the Settlement Agreement and Release of Claims (the "Agreement"), and for the reasons stated in the Parties' submissions, the Court GRANTS the Motion and approves the Parties' settlement as a fair and reasonable resolution of a bona fide dispute over Fair Labor Standards Act ("FLSA") claims as required by *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982).

Accordingly, it is hereby ORDERED that the Agreement reached by the Parties is approved and shall take effect. It is further ORDERED that this action is dismissed with prejudice. The clerk is directed to close this case. This Court retains jurisdiction to enforce the terms of the settlement pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994).

SO ORDERED this _____ day of _____, 2024.

                                                                                United States District Judge

We Ask for this:

| | |
|---|---|
| By: /s/_____ | By: /s/_____ |
| Brittany M. Haddox (VSB No. 86416) | King F. Tower, Esq. (VSB No. 38767) |
| L. Leigh Rhoads (VSB No. 73355) | WOODS ROGERS VANDEVENTER BLACK |
| VIRGINIA EMPLOYMENT LAW | king.tower@woodsrogers.com |
| 4227 Colonial Avenue | 10 South Jefferson Street, Suite 1800 |
| Roanoke, VA 24018 | Roanoke, Virginia 24011 |
| Tel: (540) 283-0802 | Telephone: (540) 983-7541 |
| brittany@vaemployment.law | Facsimile: Main (540) 983-7711 |
| leigh@vaemployment.law | |
| | Leah M. Stiegler, Esq. (VSB No. 89602) |
| Craig J. Curwood (VSB No. 43975) | leah.stiegler@woodsrogers.com |
| Zev H. Antell (VSB No. 74634) | Emily K. Chowhan (VSB No. 95845) |
| BUTLER CURWOOD, PLC | emily.kendallchowhan@woodsrogers.com |
| 140 Virginia Street, Suite 302 | 901 East Byrd Street, Suite 1550 |
| Richmond, Virginia 23219 | Richmond, Virginia 23219 |
| Tel: (804) 648-4848 | Telephone: (804) 956-2058 |
| craig@butlercurwood.com | Facsimile: (804) 944-2561 |
| zev@butlercurwood.com | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

2