CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

6/20/2024

LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
       DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| KEVIN FORTIER, *Plaintiff,* v. LIBERTY UNIVERSITY, INC., *Defendant.* | CASE NO. 6:23-cv-00069 ORDER JUDGE NORMAN K. MOON |

    This matter is before the Court on the parties' Joint Motion for Settlement Approval, Dkt. 22. Having reviewed the settlement agreement and the memorandum in support of its approval, Court finds that the settlement satisfies all criteria for approval of a Fair Labor Standards Act settlement because it is a fair and reasonable resolution of a bona fide dispute and is the result of arms-length settlement negotiations conducted by counsel well-versed in wage and hour law.

    Accordingly, the Motion, Dkt. 22, is **GRANTED**, and it is **ORDERED** that the Agreement reached by the Parties is approved and shall take effect.

    It is further **ORDERED** that this action is dismissed with prejudice. The Clerk of Court is directed to close this case. This Court retains jurisdiction to enforce the terms of the settlement pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994).

    It is so **ORDERED**.

    The Clerk of Court is directed to send this Order to all counsel of record.

    Entered this 20th day of June, 2024.

*/s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE